**Opinion issued February 25, 2020**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-19-01016-CV**
_____

**SHAWN DEON JOHNSON, Appellant**

**V.**

**LAKENDRA SHANELL JOHNSON, Appellee**

---

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-46829**

---

**MEMORANDUM OPINION**

Appellant has filed an unopposed motion to dismiss the appeal. *See* TEX. R.

APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.
P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.